

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2014

No. 04-13-00511-CR

Timothy Paul **MURNANE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5755
Honorable Ray Olivarri, Judge Presiding

## O R D E R

On December 19, 2013, we abated this appeal and remanded it to the trial court. We ordered the trial court to make specific findings of fact and conclusions of law, and file them in this court not later than January 21, 2014.

On January 15, 2014, the Honorable Ray Olivarri, presiding judge of the 399th District Court, filed a motion for extension of time to file the supplemental findings of fact and conclusions of law until February 14, 2014. The trial court's motion is GRANTED.

We ORDER the trial court to file the supplemental findings of fact and conclusions of law in this court not later than February 14, 2014.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2014.

Keith E. Hottle
Clerk of Court